175 A.3d 146

**MORANCY**

v.

**WMC MORTGAGE CORP.**

**Pet. Docket No. 313, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Dismissed by the Court of Special Appeals (No. 2034, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 146

**NIVENS, Stephen**

v.

**STATE of Maryland**

**Pet. Docket No. 309, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1333, Sept.Term, 2016).

Petition for writ of certiorari denied